UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 06-80089-Cr-Hurley/Vitunac

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

LARRY TURNER,

        Defendant.

_____/

FILED by _____ D.C.
SEP 19 2008
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

ORDER
AND
REPORT AND RECOMMENDATION

The Defendant, LARRY TURNER, appeared before the Court on September 17, 2008, represented by Assistant Federal Public Defender Robert Adler. The Defendant was originally convicted in October 2006, of possession of a firearm by a convicted felon, in violation of 18 U.S.C. § 922(g)(1), and, possession with intent to distribute a detectable amount of cocaine, in violation of 21 U.S.C. § 841(a)(1). After serving the prison portion of his sentence, the Defendant was put on supervised release for a term of 3 years.

The Defendant is now charged with violating supervised release by: (1) failing to refrain from violation of the law, on June 25, 2008, the Defendant is alleged to have committed the offense of grand theft-vehicle, and, burglary of a structure; (2) unlawfully using or possessing a controlled substance, on June 26, 2008, the Defendant's urine tested positive for marijuana; (3) failing to notify the probation officer within 72 hours of being arrested or questioned by law enforcement;(4) failing to submit a complete and truthful written monthly report by the 5th day of each month; (6) failing to refrain from violation of the law, on July 20, 2008, the Defendant allegedly committed the offense of

petit theft, in violation of Florida Statute 812.014(3); (7) failing to follow the instructions of the Probation Officer, on August 27, 2008, the Defendant failed to appear for drug testing; and (8) refusing to submit to drug testing on August 25, 26, and 27, 2008, as instructed.

The Defendant waives preliminary hearing and admits all the violations, with the exception of violation #5 to which he pleads "no contest." Defendant wishes to proceed to sentencing as soon as possible.

The Court RECOMMENDS that the District Court accept the Defendant's admission and find him guilty of violating supervised release. It is further RECOMMENDED that the matter be set down for sentencing before the District Court.

The Clerk is hereby ORDERED to set this matter before the sentencing calendar of United States District Judge Daniel T. K. Hurley.

A party shall serve and file written objections, if any, to this Report and Recommendation with the Honorable United States District Judge Daniel T. K. Hurley, within ten (10) days after being served with a copy. See 28 U.S.C. § 636(b)(1)(C). Failure to file timely objections may limit the scope of appellate review of factual findings contained herein. See United States v. Warren, 687 F.2d 347, 348 (11th Cir. 1982) cert. denied, 460 U.S. 1087 (1983).

DONE and ORDERED and DONE and SUBMITTED in Chambers at West Palm Beach in the Southern District of Florida, this /9 day of September 2008.

ANN E. VITUNAC
UNITED STATES MAGISTRATE JUDGE

Copies to:
U.S. District Judge Daniel T. K. Hurley
AUSA Janice LeClainche

FPD Robert Adler
FPD Peter Birch
U.S. Probation Officer Peggy L. Hobcroft-Bates
U.S. Marshal