# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO.  06-80089-CR-HURLEY/VITUNAC

**UNITED STATES OF AMERICA,**
    **Plaintiff,**

v.

**LARRY TURNER,**
    **Defendant.**
-------------------------------------------/

## ORDER ADOPTING REPORT AND
## RECOMMENDATIONS AND SETTING HEARING

**THIS CAUSE** come before the court upon written report from the United States Probation

Office that the above named defendant violated the conditions of supervision and upon the report

and recommendations of a United States Magistrate Judge.  Upon consideration, it is

**ORDERED** and **ADJUDGED** that:

1. The Magistrate Judge's report and recommendations are **adopted**.

2. A sentencing hearing will be conducted on **Friday, November 14, 2008,** at **2:00 p.m.,**

in courtroom 5, at the U.S. Courthouse, 701 Clematis Street, West Palm Beach, Florida.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 2nd day of

October, 2008.

**copy furnished:**
AUSA Janice LeClainche
AFPD Robert E. Adler
United States Marshal's Service
United States Probation Office

Daniel T. K. Hurley
United States District Judge